justified.

We wish to thank Dan McKay, of the Montana Defender Program, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. PHILIP ALLEN ELDEEN, Defendant.

### DECISION

No. (C)DC-81-171

The application of the above-named defendant for a review of the sentence of 8 years imposed on March 29, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The Defendant had two previous felonies, and in view of his past criminal history, the sentence imposed was appropriate for the crime involved.

We wish to thank Leif Jensen, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. WILLIAM ALOYSIUS THUMM, Defendant.

### DECISION

No. (C)DC-81-180

The application of the above-named defendant for a review of the sentence of 10 years; Dangerous imposed on June 8, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

Under the circumstances, the sentence does not seem excessive for the crime committed.

We wish to thank Marjorie Rodriquez, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. FRANCIS LEI "FRAN" AHQUIN, Defendant.

## DECISION

No. (C)DC-82-016

The application of the above-named defendant for a review of the sentence of 5 years   5 years; consecutive imposed on May 19, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The reports indicate that the Defendant was engaged in the drug traffic more than just on a casual basis. Furthermore, the sentence imposed was well in line for other crimes of a similar nature.

We wish to thank Chris Britton, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. CECIL R. WHITE, Defendant.

## DECISION

No. DC-81-054

The application of the above-named defendant for a review of the sentence of 40 years imposed on January 11, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The sentence was justified by the facts of the incident particularly in view of the reduction of the offense from that of Deliberate Homicide to Mitigated Deliberate Homicide.

We wish to thank Mr. Anthony Keast, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.